AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Claire R. | U.S. Court of International Trade | 11/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of International Trade Judge - Nominee | ☑ Nomination  Date 11/14/2012<br>☐ Initial  ☐ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>10/31/2012 |

**7. Chambers or Office Address**

Brooklyn Law School
250 Joralemon Street
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice President - Cooperative Board | 10 Holder Apartments Corporation |
| 2. Board Member | Customs and International Trade Bar Association |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | Brooklyn Law School-salary | $162,251.49 |
| 2. | 2010 | Kaplan, Inc. - teaching | $19,221.00 |
| 3. | 2010 | DiNicola Law Offices - consulting | $500.00 |
| 4. | 2011 | Brooklyn Law School-salary | $170,101.12 |
| 5. | 2011 | Kaplan, Inc. - teaching | $12,460.00 |
| 6. | 2012 | Brooklyn Law School-salary | $158,597.34 |
| 7. | 2012 | Kaplan, Inc. - teaching | $5,250.00 |
| 8. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Hewlett-Woodmere Union Free School District - salary |
| 2. | 2012 | Hewlett-Woodmere Union Free School District - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |

4.

5.

Name of Person Reporting

Kelly, Claire R.

Date of Report

11/14/2012

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 11/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Citibank - Cash Accounts | A | Interest | L | T | | | | | |
| 2. | Nassau Educators Federal Credit Union - Cash Account | A | Interest | J | T | | | | | |
| 3. | BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 4. | - Allianz NFJ Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 5. | - American Century Heritage Fund | | None | J | T | | | | | |
| 6. | - Davis New York Venture Fund | A | Dividend | K | T | | | | | |
| 7. | - American Funds Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 8. | - Gabelli Value Fund | B | Dividend | J | T | | | | | |
| 9. | - American Funds Growth Fund of America | A | Dividend | K | T | | | | | |
| 10. | - Oppenheimer Limited Term New York Muni Fund | A | Dividend | J | T | | | | | |
| 11. | - American Funds Washington Mutual Investors | B | Dividend | K | T | | | | | |
| 12. | IRA / #1 | | | | | | | | | |
| 13. | - Furmanite Corp. Stock (common) | | None | J | T | | | | | |
| 14. | - Revlon Inc. Stock (common) | | None | K | T | | | | | |
| 15. | - American Funds American High Income Trust | B | Dividend | J | T | | | | | |
| 16. | - American Funds Bond Fund of America | B | Dividend | K | T | | | | | |
| 17. | - American Funds Europacific Growth Fund | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  
A - $1,000 or less  B - $1,001 - $2,500  C - $2,501 - $5,000  D - $5,001 - $15,000  E - $15,001 - $50,000  
F - $50,001 - $100,000  G - $100,001 - $1,000,000  H1 - $1,000,001 - $5,000,000  H2 - More than $5,000,000  
2. Value Codes: (See Columns C1 and D3)  
J - $15,000 or less  K - $15,001 - $50,000  L - $50,001 - $100,000  M - $100,001 - $250,000  
N - $250,001 - $500,000  O - $500,001 - $1,000,000  P1 - $1,000,001 - $5,000,000  P2 - $5,000,001 - $25,000,000  
P3 - $25,000,001 - $50,000,000  P4 - More than $50,000,000  
3. Value Method Codes (See Column C2)  
Q - Appraisal  R - Cost (Real Estate Only)  S - Assessment  T - Cash Market  
U - Book Value  V - Other  W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 11/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Gabelli Value Fund | B | Dividend | J | T | | | | | |
| 19. - American Funds - Growth Fund of America | A | Dividend | K | T | | | | | |
| 20. - American Funds New Perspective Fund | A | Dividend | J | T | | | | | |
| 21. - RS Small Cap Growth Fund | | None | J | T | | | | | |
| 22. - American Funds Washington Mutual Investors | B | Dividend | K | T | | | | | |
| 23. COLLEGE FUND / #1 | | | | | | | | | |
| 24. - JP Morgan NY 529 Moderate Growth Age-Based | | None | K | T | | | | | |
| 25. IRA #2 | | | | | | | | | |
| 26. - Fidelity Contrafund | A | Dividend | L | T | | | | | |
| 27. - Fidelity Export & Multinational Fund | A | Dividend | J | T | | | | | |
| 28. - Fidelity Low Priced Stock Fund | D | Dividend | L | T | | | | | |
| 29. - Fidelity Diversified International Fund | A | Dividend | K | T | | | | | |
| 30. - Fidelity Pacific Basin Fund | A | Dividend | K | T | | | | | |
| 31. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 32. - TD Ameritrade - Cash Account | A | Interest | J | T | | | | | |
| 33. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 34. - TD Ameritrade - Cash Account | A | Interest | J | T | | | | | |

1. Income Gain Codes (See Columns B1 and D4)  A - $1,000 or less  B - $1,001 - $2,500  C - $2,501 - $5,000  D - $5,001 - $15,000  E - $15,001 - $50,000
F - $50,001 - $100,000  G - $100,001 - $1,000,000  H1 - $1,000,001 - $5,000,000  H2 - More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J - $15,000 or less  K - $15,001 - $50,000  L - $50,001 - $100,000  M - $100,001 - $250,000
N - $250,001 - $500,000  O - $500,001 - $1,000,000  P1 - $1,000,001 - $5,000,000  P2 - $5,000,001 - $25,000,000
P3 - $25,000,001 - $50,000,000  P4 - More than $50,000,000
3. Value Method Codes (See Column C2)  Q - Appraisal  R - Cost (Real Estate Only)  S - Assessment  T - Cash Market
U - Book Value  V - Other  W - Estimated

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Citigroup Inc Stock (common) | A | Dividend | J | T | | | | | |
| 36. - General Electric Stock (common) | A | Dividend | K | T | | | | | |
| 37. CUSTODIAL ACCOUNT / #1 | | | | | | | | | |
| 38. - General Electric Stock (common) | A | Dividend | J | T | | | | | |
| 39. IRA #3 | | | | | | | | | |
| 40. - CREF Stock | | None | L | T | | | | | |
| 41. - CREF Growth | | None | L | T | | | | | |
| 42. - CREF Equity Index | | None | L | T | | | | | |
| 43. - CREF Global Equities | | None | M | T | | | | | |
| 44. - TIAA Real Estate | | None | K | T | | | | | |
| 45. - CREF Bond Market | | None | K | T | | | | | |
| 46. Met Life - whole life / life insurance | A | Dividend | J | T | | | | | |
| 47. Note - W J. Vollack - loan | | None | J | T | | | | | |
| 48. Series EE US Savings Bonds | | None | J | T | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B -$1,001 - $2,500 | C - $2,501 - $5,000 | D - $5,001 - $15,000 | E - $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F - $50,001 - $100,000 | G - $100,001 - $1,000,000 | H1 - $1,000,001 - $5,000,000 | H2 - More than $5,000,000 | |
| 2. Value Codes | J - $15,000 or less | K - $15,001 - $50,000 | L - $50,001 - $100,000 | M - $100,001 - $250,000 | |
| (See Columns C1 and D3) | N - $250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 - $1,000,001 - $5,000,000 | P2 - $5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3. Value Method Codes | Q - Appraisal | R - Cost (Real Estate Only) | S - Assessment | T =Cash Market | |
| (See Column C2) | U - Book Value | V - Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 11/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Claire R. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 88 | 452 | Notes payable to banks-secured | | | |
| U.S. Government securities – Series EE | | 2 | 599 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 001 | 124 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | 5 | 000 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | 10 | 000 | Real estate mortgages payable – see schedule | | 632 | 875 |
| Real estate owned-add schedule | 1 | 035 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 38 | 000 | | | | |
| Cash value-life insurance | | 6 | 267 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 632 | 875 |
| | | | | Net Worth | 1 | 553 | 568 |
| Total Assets | 2 | 186 | 442 | Total liabilities and net worth | 2 | 186 | 442 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |